1
2
3    O
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,         )
                                       )
12                  Plaintiff,         )    SA 09-80M
                                       )
13        v.                           )    ORDER OF DETENTION AFTER HEARING
                                       )         (18 U.S.C. § 3142(i))
14   NICOLAS SANCHEZ CASTILLO,         )
                                       )
15                  Defendant.         )
     _____)
16
17                                         I.
18   A.  ( ) On motion of the Government involving an alleged
19        1. ( ) crime of violence;
20        2. ( ) offense with maximum sentence of life imprisonment or death;
21        3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years
22               (21 U.S.C. §§ 801,/951, et. seq.,,/955a);
23        4. ( ) felony - defendant convicted of two or more prior offenses described above.
24   B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)
25        1. ( X)   serious risk defendant will flee;
26        2. ( ) serious risk defendant will
27             a. ( ) obstruct or attempt to obstruct justice;
28             b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                                             II.

2     The Court finds no condition or combination of conditions will reasonable assure:

3     A.  ( X )    appearance of defendant as required; and/or

4     B.  ( ) safety of any person or the community;

5                                              III.

6     The Court has considered:

7     A.  ( x) the nature and circumstances of the offense;

8     B.  (x) the weight of evidence against the defendant;

9     C.  (x) the history and characteristics of the defendant;

10     D.  ( ) the nature and seriousness of the danger to any person or to the community.

11                                              IV.

12     The Court concludes:

13     A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19     C.  ( ) A serious risk exists that defendant will:

20          1. ( )   obstruct  or  attempt to  obstruct  justice;

21          2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23     D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24          provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: February 24, 2009

                          Marc L. Goldman
                          U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**